UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JAVELIN GLOBAL COMMUNICATIONS
(UK) LTD.,

        Plaintiff,                                20 civ 7550 (CM)

    -against-

JAMES H. BOOTH,

        Defendant.

-------------------------------------------------------------x

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AND GRANTING DEFENDANT'S MOTION TO VACATE CERTIFICATE OF DEFAULT

McMahon, J.:

    Reference is made to the Court's order of November 10, 2021 (Docket #29), in which the court conditioned the granting of defendant's motion to vacate the default judgment that had been entered against him on the payment of reasonable attorney's fees that the plaintiff incurred in the making of what turned out to be an unnecessary motion for default judgment. On December 1, 2021, this Court awarded $7,500 in attorney's fees and directed that Defendant James Booth pay the plaintiff's lawyers $7,500 by close of business on December 15, 2021. (Docket #31).

    On December 16, 2021, I received notice from Plaintiff that Mr. Booth in fact paid the attorney's fees awarded. (Docket #32).

    In accordance with the Court's November 10, 2021 order Plaintiff's motion for default judgment (Docket #20) is DENIED and Defendant's motion to vacate the clerk's certificate of default is GRANTED.

    The clerk is directed to close the motions at Docket Number 20 and 26.

Dated: December 20, 2021

                                                                     U.S.D.J.

BY ECF TO ALL PARTIES AND COUNSEL