# PORZIO
## Bromberg & Newman

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PRINCETON, NJ
SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

JOSHUA H. ABRAMSON
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 646-348-6720
E-MAIL ADDRESS: JHABRAMSON@PBNLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022

March 9, 2022

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Colleen McMahon*
3/9/2022

Re:   *Javelin Global Commodities (UK) Ltd. v. James H. Booth*
      Case No.: 1:20-cv-07550 (CM)

**MEMO ENDORSED**

Dear Judge McMahon:

This firm represents defendant James H. Booth in the above action. Defendant respectfully requests an extension of time to file his opposition to plaintiff's motion for summary judgment. The current briefing schedule requires defendant to file opposition by March 15, 2022. Defendant is seeking a 15-day adjournment and updated briefing schedule as follows:

> Opposition papers due by March 30, 2022; and
> Reply papers due by April 18, 2022.

Counsel for Plaintiff has agreed to the adjournment, new briefing schedule, and this letter's submission is on consent. This is the second such request. The first adjournment was requested during the February 3, 2022 initial conference and was granted. The reason for this request is that, due to some unforeseen workload issues and unfortunately getting sick recently, we require additional time to confer with our client and prepare the necessary papers.

Should the Court have any questions we are available to address them at the Court's convenience.

Respectfully submitted,

s/Joshua H. Abramson

Joshua H. Abramson

ATTORNEYS AT LAW

1675 BROADWAY, SUITE 1810 • NEW YORK, NY 10019-5820
TELEPHONE (212) 265-6888 • FAX (212) 957-3983 • WWW.PBNLAW.COM

6749690


**PORZIO**
**Bromberg & Newman**

Hon. Colleen McMahon, U.S.D.J.
March 9, 2022
Page 2

cc:     Kevin W. Barrett, Esq. (via ECF)