**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAVELIN GLOBAL COMMODITIES (UK) LTD, | Case No. 1:20-cv-07550 |
| Plaintiff, | ~~[PROPOSED]~~ JUDGMENT |
| v. | *The Clerk is instructed to add Post-judgment interest if the judgment is not entered by 11/29/2023.* |
| JAMES H. BOOTH, | |
| Defendant. | |

This Court having issued a  Decision and Order, entered November 6, 2023, granting Plaintiff's motion for summary judgment (ECF #76) it is hereby:

**ADJUDGED** that Plaintiff Javelin Global Commodities (UK) Ltd., recovers and has a judgment against Defendant James Booth in the amount of ~~$4,591,577.00,~~ *$4,630,467.00* inclusive of interest as of the date of entry hereof;

Post-judgment interest shall accrue at the federal judgment rate.

Plaintiff shall have immediate execution of this Judgment.

Judgment entered this _2-9th_ day of _November_, 2023

McMahon, U.S.D.J.

CLERK